B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Klopp, Robert Paul** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Klopp, Edith Frances** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**3914** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**8684** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1820 W. Greenleaf - No. 2**<br>**Chicago, IL**<br>ZIP CODE **60626** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1820 W. Greenleaf - No. 2**<br>**Chicago, IL**<br>ZIP CODE **60626** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                 Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☒ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.      business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B 1 (Official Form 1) (1/08)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Klopp, Robert P. and Edith F. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District:    Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> **Klopp, Robert P. and Edith F.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Robert P. Klopp_
  Signature of Debtor

X _Edith F. Klopp_
  Signature of Joint Debtor
  602-708-6502 or 602-708-6504
  Telephone Number (if not represented by attorney)
  2/9/09
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

  _____
  (Printed Name of Foreign Representative)

  _____
  Date

**Signature of Attorney***

X _____
  Signature of Attorney for Debtor(s)

  _____
  Printed Name of Attorney for Debtor(s)

  _____
  Firm Name

  _____
  Address

  _____
  Telephone Number

  _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

  _____
  Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re **Klopp, Robert P. and Edith F.**                                      Case No._____
                        Debtor                                                              *(if known)*

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 02/09/2009 _____

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Klopp, Robert P. and Edith F.                    Case No._____
          Debtor                                                  *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Edith F. Klopp*

Date: 02/09/2009

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: *KLOPP, ROBERT PAUL*
*KLOPP, EDITH F.*

Bankruptcy Case Number: _____

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: _____43_____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: *2/9/09*

_____
Debtor

_____
Joint Debtor

Dept of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

AZ Dept. of Revenue
1600 W Monroe
Phoenix, AZ 85007

City of Chicago Dept of Revenue
Bureau of Parking-Bankruptcy
333 S State Street-Suite 540
Chicago, IL 60604

National Education Servicing
#74116513951
200 W. Monroe St., Ste. 700
Chicago, IL 60606-5075

Harris & Harris Ltd.
NW Memorial #100645928-001
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654

A Family Swimming Pool Service
4202 W. Lawrence Ln.
Phoenix, AZ 85051

Apple Dentistry
Gary J. Core DDS
13821 N. 35th Dr., Ste. 2
Phoenix, AZ 85053-5541

Apothecary Shop of Phx 2
5040 N. 15th Ave., Ste. 102
Phoenix, AZ 85015-3329

NCO Financial Systems
Re: APS 813313282
507 Prudential Road
Horsham, PA 19044

Bank of America
#749 75910 6489 59
PO Box 15128
Wilmington, DE 19850-5128

FIA Card Services
PO Box 22021
Greensboro, NC 27420-2021

Bank of America
#4754 0011 6004 0075
PO Box 15026
Wilmington, DE 19850-5026

Progressive Mgmt Systems
#0000319119
1521 W. Cameron Ave.
PO Box 2220
West Covina, CA 91793-9917

Superior Asset mgmt, Inc.
#917564
PO Box 468089
Atlanta, GA 31146-8089

HSBC Bank Nevada, N.A.
Best Buy #7001-0920-0109-0316
P.O. Box 5244
Carol Stream, IL 60197-5244

Sherman Originator LLC
LVNV Funding LLC FEF 628
PO Box 10497
Greenville, SC 29603

Alliance Receivables Mgmt Inc
LVNV Funding LLC FEF 628
1160 Centre Pointe Drive, Suite #1
Mendota Heights, MN 55120

Account Solutions Group, LLC
#8584871
205 Bryant Woods South
Amherst, NY 14228

National Action Financial Services, Inc.
(LVNV Funding LLC)
165 Lawrence Bell Dr Ste 100
PO Box 9027
Williamsville, NY 14231-9027

Mercantile Adjustment Bureau, LLC
#11159173
PO Box 9016
Williamsville, NY 14231-9016

Bureau of Medical Economics
326 East Coronado Road
Phoenix, AZ 85004-1524

Capital One Bank
#4862 3623 6807 2578
PO Box 30285
Salt Lake City, UT 84130-0285

Allied Interstate
3000 Corporate Exchange Dr 5th Floor
Columbus, OH 43231

NCO Financial Systems
#JYR974
507 Prudential Road
Horsham, PA 19044

Capital One Bank
#4862 3625 5388 7392
PO Box 30285
Salt Lake City, UT 84130-0285

NCO Financial Systems Inc.
4740 Baxter Road
Virginia Beach, VA 23462

Portfolio Recovery Associates LLC
Dept. 922
PO Box 41115
Concord, CA 94524

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

Capital One Bank
#4121 7413 2991 4118
PO Box 30285
Salt Lake City, UT 84130-0285

NCO Financial Systems Inc.
4740 Baxter Road
Virginia Beach, VA 23462

Regional Adjustment Bureau Inc
#9889295
PO Box 34111
Memphis, TN 38184-0111

Freedman Anselmo Lindberg & Rappe LLC
#08050140
1807 West Diehl Road Suite 333
PO Box 3228
Naperville, IL 60566-7228

NCO Financial Systems, Inc.
JZW847
507 Prudential Road
Horsham, PA 19044

Capital One Bank
#5178-0521-8693-2238
PO Box 30285
Salt Lake City, UT 84130-0285

Encore Receivable Mgmt Inc.
PO Box 3330
Olathe, KS 66063-3330

Aegis Receivables Mgmt Inc
Re: Capital One 5178052186932238
PO Box 3458
San Rafael, CA 94912-3458

Chase
#5369 9301 3003 3790
Customer Support Division
PO Box 15548
Wilmington, DE 19886-5548

Valentine & Kebartas, Inc.
#006893439-03-0123
PO Box 325
Lawrence, MA 01842-0625

National Action Financial Services, Inc.
165 Lawrence Bell Dr., Ste. 100
PO Box 9027
Williamsville, NY 14231-9027

CBCS
#03-73148247
PO Box 69
Columbus, OH 43216

Chase
#4366 1030 4059 0418
Customer Support Division
PO Box 15548
Wilmington, DE 19886-5548

NCO Financial Systems Inc.
#579596
507 Prudential Road
Horsham, PA 19044

MRS Associates, Inc.
MRS Account #11604167
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002

Associated Recovery Systems
ARS Acct #16201746
PO Box 469046
Escondido, CA 92046-9046

Chase
#5369 9335 2014 7972
Customer Support Division
PO Box 1196
Baltimore, MD 21203-1196

National Enterprise Systems
#00137028
29125 Solon Road
Solon, OH 44139-3442

Creditors Financial Group, LLC
Ref No. 6156367 B21 or A90
PO Box 440290
Aurora, CO 80044-0290

Associated Recovery Systems
#16386598
PO Box 469046
Escondido, CA 92046-9046

Chase
#4366 1030 1825 3551
Customer Support Division
PO Box 1196
Baltimore, MD 21203-1196

National Enterprise Systems
#4673660124256
29125 Solon Road
Solon, OH 44139-3442

Chase
#5544 5300 0407 4173
Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548

Integrated Portfolio Mgmt
Chase Bank USA, NA
PO Box 100043
Kennesaw, GA 30156-9243

NCO Financial Systems Inc.
#714637
507 Prudential Road
Horsham, PA 19044

Chase (Circuit City)
#4104 1400 0437 8247
Central Credit Services Inc.-Dept A
PO Box 15118
Jacksonville, FL 32239-5118

Creditors Financial Group, LLC
Ref #6311129 B01
PO Box 440290
Aurora, CO 80044-0290

Citi Cards
CITGO 202-858-650
PO Box 9095
Des Moines, IA 50368

National Financial Systems Inc.
600 W St. John St.
PO Box 9041
Hicksville NY 11802-9041

CBCS
(16571140 CPL)
PO Box 11537
Jacksonville FL 32239-1537

Citicorp Credit Services Inc (USA)
#7099202858650
PO Box 140310
Toldeo, OH 43614

United Collection Bureau, Inc.
Ref#50586355
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614

Citi Cards
#5424 1801 6335 8093
P.O. Box 6000
The Lakes, NV 89163-6000

Northland Group, Inc.
(F26466203)
Mail Code CBK1
PO Box 390905
Edina, MN 55439

Citi Cards
#5424 1802 6382 1586
P.O. Box 6077
Sioux Falls, SD 57117-6077

United Collection Bureau Inc.
5620 Southwyck Blvd.
Suite 206
Toledo OH 43614

Northland Group, Inc.
(F24301241)
Mail Code CBK1
PO Box 390905
Edina, MN 55439

Citi Cards
#5424 1802 1230 0138
P.O. Box 6077
Sioux Falls, SD 57117-6077

United Collection Bureau
5620 Southwyck Blvd Suite 206
Toledo OH 43614

Client Services, Inc./Citicards
Ref No. 8126288
P.O. Box 1503
St. Peters, MO 63376-0027

NCO Fin'l Systems Inc
#LU9468
507 Prudential Rd
Horsham, PA 19044

Citi Cards
#5424 1804 9726 6988
P.O. Box 6077
Sioux Falls, SD 57117-6077

Academy Collection Service, Inc.
File # 14212402
10965 Decatur Road
Philadelphia, PA 19154-3210

NES
#01216650
29125 Solon Road
Solon, OH 44139-3442

Midland Credit Mgmt Inc
MCM#8529710316
Dept. 8870
Los Angeles, CA 90084-8870

City of Phoenix
Water Services Dept.
PO Box 29663
Phoenix, AZ 85038-9663

Cox Communications
c/o Kenneth, Eisen & Assoc., Ltd.
PO Box 7370
Phoenix, AZ 85011-7370

Direct Merchants Bank (HSBC)
#5458 0012 0200 7450
Cardmember Services
PO Box 17151
Baltimore, MD 21297-1151

Hollander Offices LLC
For Worldwide Asset Purchasing II LLC
PO Box 105836
Atlanta, GA 30348-5836

Focus Receivables Management
File #9274540
1130 Northcase Parkway, Suite 150
Marietta, GA 30067

Capital Mgmt Services LP
RE: HSBC DM 5458001202007450
726 Exchange St-Ste 700
Buffalo, NY 14210

Discover
#6011 0095 0452 2843
DFS Services LLC
P.O. Box 3008
New Albany, OH 43054-3008

Blatt, Hasenmiller, Leibsker & Moore LLC
Ref 2067959
125 S. Wacker Dr.-Ste. 400
Chicago, IL 60606-4440

Wolpoff & Abramson LLP (179790838)
Two Irvington Ctr
702 King Farm Blvd
Rockville, MD 20850-5775

Discover
#6011009963522508
DFS Services LLC
P.O. Box 3008
New Albany, OH 43054-3008

United Recovery Systems LP
URS No. 09410242
PO Box 722929
Houston, TX 77272-2929

Doug Martin
Discover Financial Services
PO Box 30957
Salt Lake City, UT 84130-0957

NCO Financial Systems
1Q9PV2
507 Prudential Road
Horsham, PA 19044

Focus Receivables Mgmt
File #10771255
8306 Laurel Fair Circle-Ste. 200
Tampa, FL 33610

First Credit Union
PO Box 22030
Tempe, AZ 85285-2030

HSBC (Orchard Bank)
#4663-0900-0543-7711
PO Box 80084
Salinas, CA 93912-0084

Arm (Accts Receivable Mgmt Inc)
PO Box 129
Thorofare, NJ 08086-0129

CCB Credit Services
(File NU8794)
5300 S. 6th Street
Springfield, IL 62703-5184

Portfolio Recovery Assoc, LLC
Re: HSBC 4663090005437711
PO Box 12914
Norfolk, VA 23541

HSBC Card Services
4269-9400-0082-0360
PO Box 81622
Salinas, CA 93912-1622

Atlantic Credit & Finance
ACF #3384641
PO Box 11887
Roanoke, VA 24022-1887

Focus Receivables Mgmt LLC
File No. 9901292
P.O. Box 723060
Atlanta, GA 31139-0060

Focus Receivables Mgmt
8306 Laurel Fair Circle, Ste. 200
Tampa, FL 33610

Nations Recovery Ctr, Inc.
Re: HSBC 4269940000820360
PO Box 48719
Atlanta, GA 30362-1719

HSBC Card Services
#4269-9400-0083-9279
PO Box 81622
Salinas, CA 93912-1622

CCB Credit Services
K21028
PO Box 272
Springfield, IL 62705-0272

National American Credit Corp.
File #5000019088
One Allied Drive
Trevose, PA 19053

NCB Mgmt Services, Inc.
1002283577 for NCB Mgmt
PO Box 1099
Langhorne, PA 19047

HFC
#021301-26-121444-6
PO Box 5608
Glendale Heights, IL 60139-5608

E R Solutions, Inc.
ERS Acct T-43509729
PO Box 9004
Renton, WA 98057-9004

Prof Bureau of Collections of MD, Inc.
HFC 51395/#02130100127539
PO Box 4157
5295 DTC Pkway
Greenwood Village, CO 80155-4157

Prof Bureau of Collections of MD, Inc.
HFC 51395/#02130100127539
9675 Elk Grove-Florin Road
Elk Grove, CA 95624

Home Depot Credit Services
#6035320011145354
PO Box 689100
Des Moines, IA 50368-9100

GC Services LP
Collection Agency Div
6330 Gulfton
Houston, TX 77081

NCO Financial Systems Inc.
#JN2038
507 Prudential Road
Horsham, PA 19044

Midland Credit Mgmt Inc
MCM #8529785336
PO Box 60578
Los Angeles, CA 90060-0578

Retail Services
#151-6011-0324-7237 (Nautilus Inc)
PO Box 17602
Baltimore, MD 21297-1602

HSBC Bank Nevada, N.A.
PO Box 5244
Carol Stream, IL 60197-5244

Academy Collection Services, Inc.
#13971830
10965 Decatur Rd.
Philadelphia, PA 19154-3210

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Bronson & Migliaccio LLP
#14752143071202533 Arrow Finl Services
799 Roosevelt Rd., Bldg 6, Ste. 316A
Glen Ellyn, IL 60137

Astra Business Services
PO Box 1341
Mill Valley, CA 94942-1341

Macy's
#4852 1271 739 20
1345 S 52nd St
Tempe, AZ 85281

Foster & Garbus
55848521271739
PO Box 9030
Farmingdale, NY 11735-9030

Oxford Management Services
PO Box 150463
Hartford, CT 06115-0463

Allied Data Corp.
DSNB/Macy's Ref: 10076331
13111 Westheimer, Ste. 400
Houston, TX 77077-5547

Payless Cashways Inc
#0185-7003-6149-4281
PO Box 15521
Wilmington DE 19850-5521

Citi Cards (Shell)
#0362539181
PO Box 9151
Des Moines, IA 50468

Ltd Financial Services LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

The CBE Group
131 Tower Park, Suite 100
PO Box 2547
Waterloo, IA 50704-2547

Associated Recovery Systems
ARS 15951832
PO Box 469046
Escondido, CA 92046-9046

CCB Credit Services Inc.
#LC0510
Target #4352-3700-0121-1922
PO Box 272
Springfield, IL 62706-0272

LTD Financial Services, LP
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074

NCO Financial Systems Inc
9J9K2M
507 Prudential Road
Horsham, PA 19044

Northland Group Inc.
#F29901181
Mail Code T6
PO Box 390846
Edina, MN 55439

Wells Fargo Bank NA
#89666131131910001
PO Box 54780
Los Angeles, CA 90054-0780

Primary Financial Services
K042756/FO1
3115 N. 3rd Ave Suite #112
Phoenix, AZ 85013

AmSher Collection Services, Inc.
#8682572
600 Beacon Pkwy W Ste. 300
Birmingham, AL 35209-3120

Arnold Scott Harris, P.C.
Attorneys at Law
222 Merchandise Mart Plaza, Ste. 1932
Chicago, IL 60654